ELAINE A. DOWLING, ESQ.
Nevada Bar No. 8051
EAD Law Group, LLC
6671 S. Las Vegas Blvd., Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 761-6769
Fax: (702) 761-6701
Email: ead@eadlawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| RICHARD A. TAULLI, an individual, | CASE NO.:   2:17-cv-01870-JCM-PAL |
| Plaintiff, | |
| vs | |
| EVERBANK, a corporation, COUNTRYWIDE MORTGAGE, a corporation, OAKTREE FUNDING, a corporation, TRUSTEE CORPS, a corporation; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT EVERBANK'S MOTION TO DISMISS (FIRST REQUEST)**

COMES NOW Plaintiff, RICHARD TAULLI, and Defendant EVERBANK, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1

1. On or about June 15, 2017, Plaintiff filed his Complaint and Petition for Declaratory Relief and Injunctive Relief in Clark County District Court (Case No.: A-17-756933). The action relates to real property commonly known as 2808 Cowan Circle, Las Vegas, NV 89107; APN 139-32-214-017.

2. Defendant EVERBANK removed the action to United States District Court, District of Nevada on July 7, 2017.

3. On July 14 2017, Defendant EVERBANK filed its Motion to Dismiss Plaintiff's Complaint. Plaintiff's deadline to file a response to that motion is currently July 28, 2017.

4. Plaintiff and Defendant EVERBANK have agreed to extend the deadline for Plaintiff's Response. Plaintiff shall have an extension of time until August 11, 2017 in which to file a Response to Defendant EVERBANK'S Motion to Dismiss.

5. Nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

6. This Stipulation is made in good faith in an effort to save time, money, and expense on the part of the parties, as well as to save judicial resources of this Court.

DATED this 27th day of July, 2017.

By: */s/ Elaine A. Dowling*  
Elaine A. Dowling, Esq.  
EAD LAW GROUP, LLC  
6671 S. Las Vegas Blvd., Suite 210  
Las Vegas, NV 89119  
*Attorney for Plaintiff*

By: */s/ Nathan F. Smith*  
Nathan F. Smith, Esq.  
MALCOLM CISNEROS  
608 South 8th Street  
Las Vegas, NV 89101  
*Attorney for Defendant EverBank*

IT IS SO ORDERED.

DATED July 28, 2017.

_____  
UNITED STATES DISTRICT JUDGE

2